# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA D. GILBERT,<br><br>        Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>        Respondent. | Case No.: 19cv1698 LAB (WVG)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a detainee proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. § 2254. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than December 26, 2019**. *For Petitioner's convenience, the Clerk of Court shall attach to this Order, a blank application to proceed in forma pauperis.*

DATED: October 28, 2019

                */s/ Larry A. Burns*
                Larry Alan Burns
                Chief United States District Judge